# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 25 WM 2015
:
              Respondent         :
:
:
:
:
         v.                 :
:
:
:
PAUL WILLIAM BEATTY,        :
:
            Petitioner         :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2015, the Petition for Leave to Appeal *Nunc Pro Tunc* is **DENIED**.